CR218-048

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 NOV -8  PM 3:00

CLERK ___TRB___
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v.   ) | VIOLATIONS: |
| ) | |
| MAURICE FIELDS, ) | 21 U.S.C. § 846 |
|    a/k/a "Ox," ) | Conspiracy to Possess with Intent |
|    a/k/a "Fat Boy," ) | to Distribute and to Distribute |
| ERIC RENEANTONIO STUCKEY, ) | Controlled Substances |
|    a/k/a "Stuck," ) | |
| JAVON ARASHALLA NEWTON, ) | 21 U.S.C. § 841(a)(1) |
| XONTAVIOUS DIONTE ) | Possession with Intent to |
| HAWKINS, ) | Distribute Controlled Substances |
|    a/k/a "Diggs" ) | |
|    a/k/a "Tae Tae," ) | 18 U.S.C. § 922(g) |
| BRONCO DARELLE JACKSON, ) | Prohibited Person in Possession of |
| WILBERT LEE STEPHENS JR., ) | a Firearm: Convicted Felon |
|    a/k/a "Lil Bill" ) | |
|    a/k/a "Wild Bill," ) | 18 U.S.C. § 924(c) |
| ZAHRIA JANE BOSTON ) | Possession of a Firearm in |
| ) | Furtherance of a Drug Trafficking |
| ) | Offense |
| ) | |
| ) | 18 U.S.C. § 2 |
| ) | Aiding and Abetting |
| ) | |
| ) | FORFEITURE ALLEGATION |
| ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as

necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this ___8th___ day of November, 2018.

_____
HON. JAMES E. GRAHAM
UNITED STATES DISTRICT COURT
JUDGE, SOUTHERN DISTRICT OF
GEORGIA