CR218- 048

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| MAURICE FIELDS, | ) | 21 U.S.C. § 846 |
|    a/k/a "Ox," | ) | Conspiracy to Possess with Intent to |
|    a/k/a "Fat Boy," | ) | Distribute and to Distribute |
| ERIC RENEANTONIO STUCKEY, | ) | Controlled Substances |
|    a/k/a "Stuck," | ) | |
| JAVON ARASHALLA NEWTON, | ) | 21 U.S.C. § 841(a)(1) |
| XONTAVIOUS DIONTE HAWKINS, | ) | Possession with Intent to Distribute |
|    a/k/a "Diggs" | ) | Controlled Substances |
|    a/k/a "Tae Tae," | ) | |
| BRONCO DARELLE JACKSON, | ) | 18 U.S.C. § 922(g) |
| WILBERT LEE STEPHENS JR., | ) | Prohibited Person in Possession of a |
|    a/k/a "Lil Bill" | ) | Firearm: Convicted Felon |
|    a/k/a "Wild Bill," | ) | |
| ZAHRIA JANE BOSTON | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Drug Trafficking |
| | ) | Offense |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | FORFEITURE ALLEGATION |
| | ) | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the penalties for the offenses described in the Indictment are as follows:

Count 1:    Conspiracy to Possess with Intent to Distribute and to
                  Distribute Controlled Substances:
                  21 U.S.C. § 846
                  Not more than 20 years imprisonment;
                  A fine of not more than $1,000,000;
                  Not less than 3 years supervised release; and
                  A $100 special assessment.



*If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment of not more than thirty years, a fine not to exceed $2,000,000, and a term of supervised release of at least six years.*

As it relates to the following defendants:

**MAURICE FIELDS,**
a/k/a "Ox,"
a/k/a "Fat Boy,"
**ERIC RENEANTONIO STUCKEY,**
a/k/a "Stuck,"
**JAVON ARASHALLA NEWTON,**
**XONTAVIOUS DIONTE HAWKINS,**
a/k/a "Diggs"
a/k/a "Tae Tae,"

The maximum penalties shall be:

Not less than 10 years imprisonment; not more than Life;
Not less than 5 years of supervised release;
Not more than a $10,000,000 fine; and
A $100 special assessment.

*If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment of not less than twenty years, a fine not to exceed $20,000,000, and a term of supervised release of at least ten years. If the person commits a violation after two or more prior convictions for a felony drug offense have become final, such person shall be sentenced to a mandatory term of life imprisonment without release.*

**Counts 2, 5, 7, 9, 10:**

**Possession with Intent to Distribute Controlled Substances:**
21 U.S.C. § 841(a)(1)
Not more than 20 years imprisonment;
A fine of not more than $1,000,000;
Not less than 3 years supervised release; and
A $100 special assessment.

*If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment of not less than ten years, a fine not to exceed $8,000,000, and a term of supervised release of at least eight years.*

2

| | |
|---|---|
| **Counts 3, 8, 11:** | **Possession of Firearm in Furtherance of Drug Trafficking:** 18 U.S.C. § 924(c)(1)(A) Consecutive to any other sentence imposed: Imprisonment of not less than 5 years nor more than life; Fine of not more than $250,000; Supervised release of not more than five years; and A $100 special assessment. |
| **Counts 4, 6, 12:** | **Possession of a Firearm by a Prohibited Person** 18 U.S.C. § 922(g)(1)** Imprisonment for not more than 10 years; Supervised release of not more than 3 years; Fine of not more than $250,000; and A $100 special assessment. |

*\*\*However, should defendant be found to have three previous convictions for a violent crime or serious drug offense, or both, committed on occasions different from one another, the term of imprisonment would be not less than fifteen years, a fine not more than $250,000, not more than five years of supervised release and a $100 special assessment. 18 U.S.C. §924(e).*

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Jennifer J. Kirkland*

Jennifer Kirkland
Assistant United States Attorney